UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2017 AUG 14  PM 1:25

S.D. OF N.Y.

_Hafeez Saheed_

Write the full name of each plaintiff.

**17CV 6151**

(Include case number if one has been assigned)

-against-

NYC  DCAS , Charles, Parker.
Sherm ka  Boyle  Ass. Commissioner , Charles parker
Monic ,        HR. , Moren

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

Do you want a jury trial?

☑ Yes   ☐ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with
the court should therefore *not* contain: an individual's full social security number or full birth
date; the full name of a person known to be a minor; or a complete financial account number. A
filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule
of Civil Procedure 5.2.

Rev. 3/24/17

## I.    PARTIES

## A.   Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Hafeez                                                      Saeed

First Name                     Middle Initial        Last Name

973  E 221 Street

Street Address

Bronx                                    NY                    10469

County, City                                State            Zip Code

347 376 5233

Telephone Number                       Email Address (if available)

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:            NYC  DCAS

Name    1  Centre  Street   21st floor.

Address where defendant may be served

NY  NY                    NY                    10084

County, City                                State            Zip Code

Defendant 2:            Shemika  Boyle

Name    1  Contre  Street

Address where defendant may be served

NY                    NY                    10014

County, City                                State            Zip Code

Defendant 3: _Chowler Pawker_

Name

_1 Center Street_

Address where defendant may be served

_NY_          _NY_          _10014_

County, City        State        Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

_1 Center Street_

Name

_~~Water~~ ~~Sfasea~~ NYC DCAS_

Address

_NY_          _NY_          _10014_

County, City        State        Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒ race: _Black African_

☐ color: _____

☐ religion: _____

☐ sex: _____

☒ national origin: _Nigerian_

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is:    Black — African

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year:    _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is:    _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is:    _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.  Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☑ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

F E O C
_____

## IV.   STATEMENT OF CLAIM

### A.   Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐ did not hire me

☒ terminated my employment

☐ did not promote me

☐ did not accommodate my disability

☐ provided me with terms and conditions of employment different from those of similar employees

☐ retaliated against me

☐ harassed me or created a hostile work environment

☐ other (specify): _____

_____

### B.   Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I wrote the Civil Service Exam since 2012
I waited 4 years to be employed.
I was Employed on May 31st 2016.
The dehumanization and Horror Started in June
fellow officers Said to me "Even though you
are Smart you need to act Dumb because
We feel you will be a problem and I reported

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

    ☑ Yes (Please attach a copy of the charge to this complaint.)

        When did you file your charge? _____EEOC_____

    ☐ No

Have you received a Notice of Right to Sue from the EEOC?

    ☑ Yes (Please attach a copy of the Notice of Right to Sue.)

        What is the date on the Notice? _____7-17-2017_____

        When did you receive the Notice? _____7-23-2017_____

    ☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

    ☐ direct the defendant to hire me

    ☑ direct the defendant to re-employ me

    ☐ direct the defendant to promote me

    ☐ direct the defendant to reasonably accommodate my religion

    ☐ direct the defendant to reasonably accommodate my disability

    ☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

_____Back Pay. of humuliation._____

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 08 | 14 | 2017 | |
| Dated | Plaintiff's Signature |
| Hafeez | Saheed |
| First Name        Middle Initial | Last Name |
| 973 E. 221 Street | |
| Street Address | |
| Bronx | NY        10469 |
| County, City | State        Zip Code |
| 347 376 5233 | |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your
complaint. If you do not consent, please do not attach the form.

To my Supervisor Who adviced to me take notes and document it in my Log-Book. I did. Mr. Charles Parke has Shown his distaste of me to me before in which I had obcered to stay away. We were Summed to work our 1st Overtime Shift by our Supervisor becos we were new; So Down or Later In the Shift Mr. Charles parker Came to me in an OPen Scenee to Call me Fucking African Nigga go to your Post" admist all other officers for No reason.

I was a Tense experiencence because I told him never to address me assuch ever again. He later Came over to my posted post to further the o del he called me all Sorts of names and also told me to follow him outside to get the beating of my life. When he went too attempt to Cover Up his Lies by Reporting to the LT. who posted Us out there it all showed that he was the Instigator.

This Situation never ended even though



he was formally warned. For a week Mr. Charles Continued and got his buddies to tag along a Lady female officer off. MOREW took over the issue to further intensify on the odel. When I had enough I reported it to the EEO Dept. During the Investigation I was terminated This broke me down as a Man and for to has been born different or either it was to had accepted City Service in which I waited for Upon Merits and several huddles.

It was the 1st Worst Day of My Life.

Investigation Ongoing and I was Terminated for Reporting Menacing, Assault and Numerous harrasments and Threats from a fellow officer in which was said to had been Repitituous Occurance of his Abuse of Service and Uniform upon new Officers.

(3)

I believe In Law that is why I decided to path this route because it isn't only because of Me. It is because of every other Black Africans about to enter the City Service.

(4)

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

Saheed, Hafee
Name (Last, First, MI)

973 E 221 Street
Address          City                    State            Zip Code
                 Bronx                   NY               10469

Telephone Number                         E-mail Address

347-3765233
Date                                     Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007