UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAFEEZ SAHEED,

                Plaintiff,

- against -

CHARLES PARKER,

                Defendant.

**ORDER**

17 Civ. 6151 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On April 25, 2019, Plaintiff Hafeez Saheed obtained a certificate of default against Defendant Charles Parker. (See Dkt. No. 42) It is hereby ORDERED that Plaintiff shall move for default in accordance with the procedures set out in Attachment A of this Court's Individual Rules of Practice for Civil Cases by **December 10, 2019**.

        Plaintiff is advised that the Pro Se Office at the Thurgood Marshall Courthouse, 40 Foley Square, Room 105, New York, New York, 10007, telephone number (212) 805-0175, may be of assistance in connection with court procedures. The Clerk of Court is directed to mail a copy of this Order to pro se Plaintiff Hafeez Saheed, 973 E. 221st St., Bronx, NY 10469, by certified mail.

Dated: New York, New York
       November 20, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge